UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
SANJIDA RASHID

    -v-                               ORDER OF DISMISSAL
                                   ADOPTING REPORT & RECOMMENDATION
                                        CV 08-1348(JS)(ETB)

U.S. POST OFFICE
----------------------------------------X

APPEARANCES:
For plaintiff(s):
Sanjida Rashid, *Pro Se*
74 Lincoln St.
Elmont NY 11003

For Defendant(s):
(Not an official appearance)
James Knapp, Esq.
U.S. Attorney's Office, E.D.N.Y.
610 Federal Plaza
Central Islip NY 11722


SEYBERT, DISTRICT JUDGE:

        The above-captioned case was filed on Apr. 3, 2008, and has been under the pretrial supervision of Magistrate Judge E. Thomas Boyle.

        As the plaintiff had not appeared at two scheduled conferences and had never served the summons and complaint, Judge Boyle directed her to show cause why the action should not be dismissed (docket entry [13], Sep. 30, 2008). There was no timely reply to this Order, so Judge Boyle issued a Report & Recommendation that the case be dismissed (docket entry [14], Dec. 11, 2008.

        There has been no objection to the Report & Recommendation, so it is adopted.

        IT IS HEREBY ORDERED that this case be dismissed without prejudice for lack of prosecution, pursuant to Rules 4(m) and 41(b), Federal Rules of Civil Procedure.

        SO ORDERED.

                                                /S/ JOANNA SEYBERT
                                                JOANNA SEYBERT, U.S.D.J.

Dated: Central Islip, New York
       Feb. 25, 2009